UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT



Filed & Entered
On Docket
April 29, 2019

In Re: 19-10138-CAB ) Chapter 7 Proceeding
John B. Gales and Robin L. Gales )
    Debtor )

### ORDER GRANTING MOTION FOR RELIEF[*]

This matter came on before the Court on the Motion of U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-4 (hereafter, the "Movant"). The motion was served pursuant to the Order and Notice and Opportunity procedures established by VT LBR 2002(e) and VT LBR 4001(c).

**IT IS HEREBY ORDERED** that the automatic stay instituted upon filing of the within bankruptcy is hereby modified pursuant to 11 U.S.C. § 362(a) as to the Movant's secured lien interest in real property known as **759 Fairbanks Turn, Village of Quechee, VT, 05059** to the extent that Movant and its successors and assigns are free to pursue applicable non-bankruptcy law with respect to such lien interests; and

**IT IS FURTHER ORDERED** that, as the Debtor's Statement of Intentions indicates the subject real property is to be surrendered, the 14-day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this order; and

**IT IS FURTHER ORDERED** that this order also grants relief from stay to any holder of a subordinate lien against the same property to allow such lien holder to pursue its rights, to bid at a sale, to redeem, and/or to enforce its lien in connection with any action taken by the movant against the subject property pursuant to this order. However, this Court makes no determination as to the validity, priority, or amount of the subordinate liens, and

**IT IS FURTHER ORDERED** that Movant shall deliver any surplus money to the case trustee promptly after the consummation of a foreclosure sale of the subject real property and, if there is surplus money, serve the case trustee with an accounting of the sale promptly after its consummation.

April 29, 2019                 Colleen A. Brown
Burlington, Vermont         United States Bankruptcy Judge

United States Bankruptcy Judge

---

[*] The Movant filed the Motion for Relief from Stay on April 25, 2019 (doc. # 7). The Debtors and the chapter 7 case trustee filed electronic consent the same day.